TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00081-CR






Brenda Ann Johnson aka Brenda Lee McDonald, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 02-727-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Ariel Payan, is ordered to tender a brief in this cause no later than October 25, 2004. 
No further extension of time will be granted.

It is ordered September 23, 2004. 


Before Chief Justice Law, Justices B. A. Smith and Pemberton

Do Not Publish